3

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

D-1 RAMIRO ECHAGARAY-OLASCAGUA,

          Defendant.

Violation:
18 U.S.C. § 111(a)(1)

Case: 2:26-cr-20049
Assigned To : Berg, Terrence G.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 2/4/2026
Description: IND USA V RAMIRO
ECHAGARAY–OLASCAGUA (SS)

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 111(a)
*Assaulting, Resisting, or Impeding Certain Officers
Involving Physical Contact*

On or about November 12, 2025, in the Eastern District of Michigan, Southern Division, the defendant, RAMIRO ECHAGARAY-OLASCAGUA, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, that is Federal Bureau of Investigation Special Agent M.K., who was engaged in the performance of official duties, and in doing so, caused physical contact to M.K., in violation of 18 U.S.C. 111(a)(1).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
UNITED STATES ATTORNEY


*s/Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Chief, Homeland Security Unit
Assistant United States Attorney


*s/ Louis F. Meizlish*
LOUIS F. MEIZLISH
Assistant United States Attorney

Dated: February 4, 2026

2

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:26-cr-20049<br>Assigned To : Berg, Terrence G.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 2/4/2026<br>Description: IND USA V RAMIRO<br>ECHAGARAY-OLASCAGUA (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes      ☒ No | AUSA's Initials: _L. F. M._ |

**Case Title:** USA v.  D-1 RAMIRO ECHAGARAY- OLASCAGUA

**County where offense occurred :** Wayne

**Check One:**    ☒ Felony              ☐ Misdemeanor              ☐ Petty

____Indictment/____Information --- no prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: 25-mj-30700                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 27, 2026
Date

_Louis F. Meizlish_

Louis F. Meizlish
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 980-2682
Fax:
E-Mail address: Louis.Meizlish@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.